

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:22-cr- 7 |
| | ) | (4:21-mj-118) |
| v. | ) | |
| | ) | 18 U.S.C. § 875(c) |
| STEVE M. COCHRAN, | ) | Interstate Communications with |
| | ) | Threats to Injure |
| Defendants. | ) | (Count 1) |
| | ) | |
| | ) | 18 U.S.C. § 115(a)(1)(B) |
| | ) | Influencing, Impeding, and Retaliating |
| | ) | Against a Federal Official by Threat |
| | ) | (Count 2) |

## CRIMINAL INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

Between in or about March 2021 and continuing until at least in or about August 2021, in the Eastern District of Virginia and elsewhere, STEVE M. COCHRAN, the defendant herein, knowingly and willfully did transmit in interstate and foreign commerce, threatening communications to GOVERNOR 1, and the communications contained threats to injure, murder, and kidnap GOVERNOR 1, to wit: the defendant sent e-mail communications from the Eastern District of Virginia to GOVERNOR 1 stating:

> You're a FA* INCEST BABY !! YOUR DEATH IS COMING SOON MORON PU*** WORTHLESS PIECE OF SH**.
>
> [GOVERNOR 1] will not live past August !!!!  No threat it's a GUARANTEE and PROMISE !!  His wife and kids are in imminent danger
>
> [GOVERNOR 1] IS A FAKE FRAUD THAT WILL BE KILLED AND FAMILY SLAIN
>
> You're a STUPID M*****FU**** HOPE YOU DIE YOU DUMB F***

HOPE SOMEBODY SHOOTS YOU IN THE FACE YOU DISGUISTING PIECE OF SH**

[GOVERNOR 1] IS A DEAD MAN WALKING FU**** BI***

Your family is in imminent danger your gonna watch your mother and wofe get raped and slaughtered then blow your fu***** brains out you WORTHLESS disgusting SCUMBAG

Your a DEADMAN we will assassinate you

You will Die U fa**** bi***

You and your family will die since you wanna kill people it's time to KILL YOU AND ANYBODY RELATED TO YOU FU***** MORON MURDERER

[GOVERNOR 1] will be ASSASSINATED !!! He wants to kill kids he's gonna get killed and his family tortured to death !!! Your a DEADMAN [GOVERNOR 1]

The defendant transmitted these communications for the purpose of issuing threats, and with knowledge that the communication would be viewed as a threat.

(In violation of Title 18, United States Code, Section 875(c).)

COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about June 26, 2021, in the Eastern District of Virginia and elsewhere, STEVE M. COCHRAN, the defendant herein, did threaten to assault, kidnap, and murder U.S. SENATOR 1, a federal official, to wit:  the defendant sent e-mail communications from the Eastern District of Virginia to U.S. SENATOR 1 stating:

You and your family aren't going to live much longer butcher your head off and do like Ted Bundy and put your head on a stick and stick it on a hillside

Your a F****** CLOWN !! You say the dumbest of dumbest sh** you puny little pu*** !!!!  You need your head smashed in your a low life no good piece of sh** go shoot yourself fa****

Eat shit you PU*** .. cant wait till you get LEAD 2 THE HEAD

LEAD 2 THE HEAD .. BOOM BOOM … YOUR DEAD !!

The defendant transmitted these communications for the purpose of impeding, intimidating, and interfering with U.S. SENATOR 1 while he was in the performance of his official duties.

(In violation of Title 18, United States Code, Section 115(a)(1)(B).)

UNITED STATES v. STEVE M. COCHRAN, 4:22-cr-__7____

                            Respectfully submitted,

                            Jessica D. Aber
                            United States Attorney

By: _/s/ (signature) FCR_

                            D. Mack Coleman
                            Assistant United States Attorney
                            Eastern District of Virginia
                            Fountain Plaza Three, Suite 300
                            721 Lakefront Commons
                            Newport News, Virginia 23606
                            Office:  (757) 591-4000
                            Fax:     (757) 591-0866
                            Email:  mack.coleman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022, I submitted the foregoing to the Clerk of Court to be filed. I will send a notification of such filing to counsel of record for the defendant.

Keith L. Kimball
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
keith_kimball@@@fd.org
(757) 457-0870

By: _____ FcR
D. Mack Coleman
Assistant United States Attorney
Eastern District of Virginia
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Office: (757) 591-4000
Fax: (757) 591-0866
Email: mack.coleman@usdoj.gov

5