FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    12/29/2021

    Steve COCHRAN, date of birth ▮▮▮, ▮▮▮, phone number of ▮▮▮▮▮▮▮ was interviewed at his address of ▮▮ ▮ ▮▮▮▮ ▮▮▮▮ ▮ ▮▮▮, Newport News, Virginia by FBI Special Agent Chris Hartmann and FBI Task Force Officer Newport News Police Detective Ryan Ralph.

    Agents knocked on the rear door of ▮▮ ▮ ▮▮▮▮▮ ▮▮▮▮ ▮ ▮▮ and were met by COCHRAN. Agents identified themselves and asked to speak with COCHRAN. COCHRAN invited both Agents into his residence and allowed Agents to sit in the living room. Prior to speaking with COCHRAN in detail, Agents advised COCHRAN that he did not have to speak with Agents and that he (COCHRAN) could terminate the conversation at any time. COCHRAN acknowledged that he understood.

    COCHRAN worked as a contract painter and would do jobs here and there. COCHRAN lived at the ▮▮ ▮ ▮▮▮▮▮ ▮▮▮▮ address with his ▮ year old son and his wife, ▮▮▮▮▮▮▮ for about three years.

    COCHRAN stated that he knew why Agents were at his residence. When asked why he believed Agents wanted to speak with him, COCHRAN stated he had sent several emails. SA Hartmann asked COCHRAN to elaborate as to the extent of emails COCHRAN sent, COCHRAN stated he was a "bonehead" and sent several "dumb" emails to several political members. COCHRAN repeatedly referred to himself as a "bonehead" and stated he gets so wrapped up in politics and the things he reads and sees on the media and ends up sending "dumb" emails.

    COCHRAN was advised that sending emails containing his beliefs was not the concern, but rather emails containing specific, graphic threats concerned Agents. COCHRAN again referred to himself as a "bonehead" and apologized for sending any emails. COCHRAN stated there was no merit behind any of the emails he sent, especially any emails he sent that contained threats. COCHRAN stated he would never act on anything as he had "no balls

| | | |
|---|---|---|
| Investigation on   12/16/2021   at   Newport News, Virginia, United States (In Person) | | |
| File # ▮▮▮▮▮▮▮▮▮-▮ | | Date drafted   12/16/2021 |
| by   Christopher D. Hartmann, RALPH RYAN MATTHEW | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of (U) Interview of Steve COCHRAN , On 12/16/2021 , Page 2 of 3

to do so" (harm anyone) and would never do anything to hurt anybody. COCHRAN apologized several times and repeated that he would not harm anyone and meant nothing by the threatening emails.

Agents asked COCHRAN who he sent threatening emails to. COCHRAN initially stated that he sent emails to several political members and recalled sending emails to former President ▮▮▮▮d ▮▮▮▮▮, ▮▮▮▮▮▮e ▮▮▮▮▮▮and ▮▮▮▮▮ ▮▮▮▮▮. COCHRAN recalled sending these emails about six months or so ago. COCHRAN was asked if he had sent any threatening emails to anyone recently. COCHRAN recalled sending emails to ▮▮▮▮▮▮Governor ▮▮▮▮▮s and talking to ▮▮▮▮▮ a Department of Law Enforcement Inspector Baker regarding the emails. COCHRAN apologized to Inspector Baker and stated that he would not send threatening emails again. COCHRAN told Agents that he sent an email to Governor ▮▮▮▮▮s about three days ago talking about his disapproval of the Governor. COCHRAN stated this was not a threatening email and that he also copied in Inspector Baker.

COCHRAN told Agents that he sent all of the emails from his cell phone email. COCHRAN stated he does not have or use a computer or laptop and only uses his phone for internet and emails. COCHRAN stated the only computer in his house was a laptop computer that belonged to his 15 year old son. This computer was located in COCHRAN's son's room, COCHRAN did not use the computer and did not have access to it. COCHRAN provided two email addresses he uses to Agents, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Agents asked COCHRAN if he (COCHRAN) would show Agents the emails sent on his phone. COCHRAN opened the email on his phone and showed Agents several emails he had sent to different political members.

Agents advised COCHRAN that a warrant had been issued for his arrest and that he would be placed into custody. Prior to placing COCHRAN into custody, Agents asked COCHRAN for consent to view/search his phone entirely, to dump his phone and to search the residence of ▮▮ ▮▮ ▮▮▮▮▮ ▮▮▮▮ ▮▮▮. COCHRAN consented to both a search of his phone and his residence and signed a Consent to Search form. The signed Consent to Search form and details of the consent search will be uploaded in a different serial to captioned file.

Continuation of FD-302 of  (U) Interview of Steve COCHRAN ,On  12/16/2021 ,Page  3 of 3

    COCHRAN's phone, a black UMX phone with number ▆▆▆▆▆▆▆▆, was seized by Agents. Following the search of the residence, COCHRAN was placed into custody.