Clerk of Court,   11-21-22

My name is Steve Cochran Reg Number # 79031-509.

I was recently sentenced out of this district, and designated to Schuylkill FCI in Minersville PA. I would like to obtain copies of records that pertain to my case. I would like my

J&C Judgement & Commitment
Docket sheet
Indictment
Plea agreement.

So that I can prepare my appeal. Thank you for your time.

Address:
Federal Corrections Institution Schuylkill
PO BOX 759
Minersville PA 17954-0759

Sincerely,
Steve Coch
79031-509