UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cr-7 |
| | ) | |
| STEVE M. COCHRAN, | ) | |
| Defendant. | | |

**DEFENDANT'S UNOPPOSED MOTION FOR A REDUCED SENTENCE
PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Steve M. Cochrane, through undersigned counsel, moves this Court for a reduced sentence of 37 months pursuant to 18 U.S.C. § 3582(c)(2) based on the retroactive application of Amendment 821 to the U.S. Sentencing Guidelines. In support of this motion, Mr. Cochran states as follows:

1. On February 10, 2022, Mr. Cochran waived indictment and pled guilty, pursuant to a plea agreement, to a two-count Criminal Information. Count One charged him with Interstate Communications with Threats to Injure in violation of 18 U.S.C. § 875(c). Count Two charged him with Influencing, Impeding, and Retaliating Against a Federal Official by Threat in violation of 18 U.S.C. § 115(a)(1)(B). On October 13, 2022, Mr. Cochran was sentenced to 41 months' imprisonment on each count to be served concurrently. ECF. Nos. 43, 44. Mr. Cochran's release date, according to the Bureau of Prisons' website, is September 7, 2025.

2. Mr. Cochran' original guideline range was 33 to 41 months (Offense Level 19, CHC II).

3. Mr. Cochran's guideline range was based, in part, on a calculated criminal history category of II. His criminal history category was based on three (3) criminal history points which included two "status points" for committing the offense while under a criminal justice sentence pursuant to U.S.S.G. § 4Al.l(d). Based on the retroactive application of Amendment 821, which alters the assignment of criminal history status points under U.S.S.G. § 4A1.1, Mr. Cochran's criminal history category has

1

been reduced to I based on one (1) criminal history point and his guideline range has been lowered. His new or amended guideline range is 30 to 37 months (Offense Level 19, CHC I). Thus, he is eligible to have his sentence reduced pursuant to 18 U.S.C. § 3582(c)(2).

5. During his incarceration with the Bureau of Prisons, Mr. Cochran has taken and completed a variety of classes and has consistently worked. Importantly, Mr. Cochran has stayed out of trouble and has not received any disciplinary infractions during his incarceration in the Bureau of Prisons. *See* ECF No. 48 – Worksheet filed by the Probation Office. In sum, Mr. Cochran has been rehabilitated and is ready to rejoin society as a law-abiding and productive citizen.

6. The defense is seeking a reduced sentence of 37 months' imprisonment. This requested sentence is proportional to Mr. Cochran' original sentence in relation to the prior guideline range.

7. Defense counsel has conferred with Assistant United States Attorney and the government does not object to this motion or the requested sentence.

WHEREFORE, the defense respectfully asks the Court to grant this motion by entering the appropriate order reducing Mr. Cochran's sentence.

Respectfully submitted,

STEVE M. COCHRAN

By:_____/s/_____
Keith Loren Kimball
Virginia State Bar No. 31046
Supervisory Assistant Federal Public Defender
Attorney for Steve M. Cochran
Office of the Federal Public Defender
500 East Main Street, Suite 500
Norfolk, Virginia 23510
Telephone: (757) 457-0800
Telefax: (757) 457-0880
Email: keith_kimball@fd.org